IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-785-D

JERRY CAMPBELL, SR.,
and KAREN CAMPBELL

        Plaintiffs,

v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

**ORDER**

On November 27, 2013, plaintiffs filed a motion to seal [D.E. 6] their application to proceed in forma pauperis [D.E. 1]. Defendant did not file a response to the motion. Good cause exists for the motion. The motion to seal [D.E. 6] is GRANTED.

SO ORDERED. This 12 day of August 2014.

                                        JAMES C. DEVER III
                                        Chief United States District Judge