IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-785-D

JERRY CAMPBELL, SR.,                    )
and KAREN CAMPBELL,                     )
                                        )
                   Plaintiffs,          )
                                        )
        v.                              )          **ORDER**
                                        )
WELLS FARGO BANK, N.A., et al.,         )
                                        )
                   Defendants.          )

On May 29, 2014, pro se plaintiffs filed a motion for access to PACER "to obtain copies as

needed from the Court and access to PACER free of charge as indicated . . . ." See [D.E. 32].

Plaintiffs have access to the CM/ECF system to review the court's docket and their case through the

public access terminals in the clerk's office. However, the rules of this court prohibit plaintiffs from

electronic filing with this court. Local Civil Rule 5.1 states:

(b) Registered User.

Only an attorney who is registered in CM/ECF may file documents electronically.
Registration constitutes written consent to service of all documents by electronic
means as provided by the Federal Rules and the Policy Manual.

. . . .

(f) Exceptions to Electronic Filing.

Documents filed by a party who is not represented by an attorney permitted to
practice in the Eastern District of North Carolina and registered in CM/ECF, and
those documents listed in Section H of the Policy Manual, shall be filed in paper, and
are excluded from electronic filing. Any document filed in paper that is not exempt
pursuant to this section must be accompanied by a motion for leave to file the
document and a proposed order. When filed in paper form, the document must
contain the original signature of the attorney or each unrepresented party, and must
be served upon opposing parties as provided in Fed. R. Civ. P. 5(b).

<u>See</u> Local Civil Rule 5.1.

Plaintiffs' motion for free access to PACER is DENIED.

SO ORDERED. This 13 day of August 2014.

_____
JAMES C. DEVER III
Chief United States District Judge

2