UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JERRY CAMPBELL, SR., and ) | |
| KAREN CAMPBELL, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:13-CV-785-D |
| ) | |
| WELLS FARGO BANK, N.A., L.C., ) | |
| WELLS FARGO BANK, N.A. ) | |
| PERSONAL CREDIT MANAGEMENT, ) | |
| KATHLEEN B. KING and JACK O. ) | |
| CLAYTON, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 26] and DISMISSES plaintiffs' first amended complaint without prejudice. The court DENIES defendants' motion to strike plaintiffs' second amended complaint [D.E. 28], but GRANTS defendants' motion to treat plaintiffs' second amended complaint as a motion for leave to file the second amended complaint [D.E. 28], and DENIES as futile leave to file the second amended complaint.

**This Judgment Filed and Entered on October 22, 2014, and Copies To:**

Jerry Campbell Sr and Karen Campbell (via US Mail 8836 Campfire Trail, Raleigh, NC 27615)
Bryce R. Lowder (via CM/ECF Electronic Notification)
D. Martin Warf (via CM/ECF Electronic Notification)

| | |
|---|---|
| DATE | **JULIE A. RICHARDS, CLERK** |
| October 22, 2014 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |